IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN C.B., | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| LEELAND DUDEK,[1] | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO. 24-6049 |

# ORDER

**AND NOW**, this 2nd day of May 2025, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 10) is **DENIED**.

BY THE COURT:

_/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
United States Magistrate Judge

---

[1] Leeland Dudek was appointed as the Acting Commissioner of Social Security, on February 18, 2025. Pursuant to Rule 25(d)(a) of the Federal Rules of Civil Procedure, Mr. Dudek should be substituted as Defendant in this case. No further action need be taken to continue this action, pursuant to section 205 of the Social Security Act. 42 U.S.C. § 405(g).