## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN C.B., | : | CIVIL ACTION |
|       Plaintiff | : | |
|    v. | : | |
| | : | |
| LEELAND DUDEK,[1] | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
|       Defendant | : | NO.  24-6049 |

## JUDGMENT ORDER

**AND NOW**, this 2nd day of May 2025, it is hereby **ORDERED** that Judgment is entered in favor of Defendant, the Acting Commissioner of the Social Security Administration.

BY THE COURT:

_/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
United States Magistrate Judge

---

[1] Leeland Dudek was appointed as the Acting Commissioner of Social Security, on February 18, 2025.  Pursuant to Rule 25(d)(a) of the Federal Rules of Civil Procedure, Mr. Dudek should be substituted as Defendant in this case.  No further action need be taken to continue this action, pursuant to section 205 of the Social Security Act.  42 U.S.C. § 405(g).