IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN C.B., | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO,[1] | : | |
| Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO. 24-6049 |

## ORDER

**AND NOW**, this 23rd day of June 2025, upon consideration of Plaintiff's Rule 59(e) Motion to Alter or Amend Judgment (Document No. 16), Defendant's Response in opposition thereto (Document No. 17), and the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED.**

**IT IS SO ORDERED**.

BY THE COURT:

    /s/ Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
United States Magistrate Judge

---

[1] Frank Bisignano became the Commissioner of Social Security, on May 6, 2025.  Pursuant to Rule 25(d)(a) of the Federal Rules of Civil Procedure, Mr. Bisignano should be substituted as Defendant in this case.  No further action need be taken to continue this action, pursuant to section 205 of the Social Security Act.  42 U.S.C. § 405(g).